NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FRANCES RUIZ, as Personal )
Representative of Estate of LUIS RUIZ, )
deceased, )
)
        Appellant, )
)
v. )     Case No. 2D17-301
)
TEVA PHARMACEUTICAL INDUSTRIES, )
LTD., )
        Appellee. )
_____ )

Opinion filed April 11, 2018.

Appeal from the Circuit Court for
Hillsborough County; Cheryl K. Thomas,
Judge.

George A. Vaka, Nancy A. Lauten of
Vaka Law Group, P.L., Tampa; and Karen
E. Terry and Pablo Perhacs of Searcy
Denney Scarola Barnhart & Shipley,
P.A., West Palm Beach, for Appellant.

Joseph H. Lang, Jr., Edward W.
Gerecke, and David J. Walz of Carlton
Fields Jorden Burt, P.A., Tampa; and
Glenn S. Kerner and Nilda M. Isidro of
Goodwin Procter LLP, New York, New
York; and William M. Jay and Jaime A.
Santos of Goodwin Procter LLP,
Washington, D.C., for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, KELLY, and CRENSHAW, JJ., Concur.